# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**N.C., a child with a disability,**
**individually and by her parent**
**and next friend, L.S.**

       **Plaintiffs**

  vs.                                     **CASE NUMBER: 5:07-CV-1230**
                                                                 **(NPM/ATB)**

**ONEIDA COUNTY SCHOOL DISTRICT**

       **Defendant**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs Motion for Summary Judgment on the issue of attorneys' fees for a prevailing party under the IDEA is GRANTED and Defendant's Cross Motion for Summary Judgment is DENIED.  Judgment in favor of the Plaintiffs is entered in the amount of $13,032.42.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Neal P. McCurn, dated the 8th day of October, 2010.

DATED: October 8, 2010

                                                   *Lawrence K. Baerman*
                                                   Clerk of Court

                                                   s/ Melissa Ennis
                                                   Melissa Ennis
                                                   Deputy Clerk